# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-1210**  September Term, 2015

EPA-80FR26925

Filed On: February 4, 2016 [1597209]

Air Alliance Houston, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

Upon consideration of the joint motion to continue case in abeyance, it is

**ORDERED** that the parties file new motions to govern on or before March 1, 2016.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk